UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff(s),                                       No. CR-07-00063-WDB

     vs.

HENRY GALAVIZ,                           **ORDER REGARDING APPOINTMENT OF COUNSEL**

     Defendant(s).

_____/

In court on April 24, 2007, I received defendant's financial declaration and questioned him on the record about his economic circumstances. Mr. Galaviz has limited income from the Turning Point Program and from the Army Reserves. He has significant ongoing expenses. While he has one asset of some significance, real estate in which he and his wife share equal interests, that property was recently refinanced - in January, 2007- leaving defendant and his wife with only modest equity. While not readily convertible to cash, this asset might later be used at least to contribute toward the cost of his defense. I conclude that it is appropriate to appoint Assistant Federal Public Defender Joyce Leavitt at this time. However, at the end of his case, this Court will re-examine the defendant's financial circumstances to determine what amount, if any, he should contribute to the cost of his defense.

     IT IS SO ORDERED.

Dated: April 24, 2007

                                                           _____
                                                           WAYNE D. BRAZIL
                                                           United States Magistrate Judge

Copies to:   WDB's Stats, Copy to parties of record by ECF, Financial